1  **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

**FILED**

2

JAN 3 0 2008

3  Name LEWIS  ANTHONY  CEASER

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

4      (Last)          (First)          (Initial)

5  Prisoner Number  V-95299

6  Institutional Address  SALINAS VAlley STATe prison

7  P.U. box 1050 SolEDAD cAliFoRNiA  93960-1050

8

9          **UNITED STATES DISTRICT COURT**
         **NORTHERN DISTRICT OF CALIFORNIA**

**WHA**

10  ANTHONY CEAser Lewis
11  (Enter the full name of plaintiff in this action.)

**CV 08   0712**

12          vs.                        Case No. _____
                                  (To be provided by the clerk of court)
13  RicharD CurTiS
14  MonTerey CouNTY                **COMPLAINT UNDER THE**
                                  **CIVIL RIGHTS ACT,**
15  SuperiOr CouRT                **42 U.S.C §§ 1983**

**(PR)**

16  HonorAble Judge
17  (Enter the full name of the defendant(s) in this action))

**E-filing**

18  *[All questions on this complaint form must be answered in order for your action to proceed..]*

19  I.    Exhaustion of Administrative Remedies

20        [**Note:** You must exhaust your administrative remedies before your claim can go

21        forward. The court will dismiss any unexhausted claims.]

22        A.    Place of present confinement SALINAS VAlley STATe prison

23        B.    Is there a grievance procedure in this institution?

24              YES (●)      NO ( )

25        C.    Did you present the facts in your complaint for review through the grievance

26              procedure?

27              YES ●      NO ( )

28        D.    If your answer is YES, list the appeal number and the date and result of the

COMPLAINT                    - 1 -

1    appeal at each level of review.  If you did not pursue a certain level of appeal,

2    explain why.

3    1.  Informal appeal _____

4    _____

5    _____ 2.  First

6    formal level_____

7    _____

8    _____

9    3.  Second formal level_____

10    _____

11    _____ 4  Third

12    formal level _____

13    _____

14    _____

15    E.    Is the last level to which you appealed the highest level of appeal available to

16    you?

17               YES ●        NO ( )

18    F.    If you did not present your claim for review through the grievance procedure,

19    explain why. DO TO the IMENSE POWER, IF fACT ARE

20    TRUE, They do not HANDLE - OUT of institution

21    COMplAINT about iLLEQAL CONSTITUTIONS ACT

22    II.    Parties

23    A.    Write your name and your present address.  Do the same for additional plaintiffs,

24    if any.

25    ANTHONY Ceaser Lewis SALiNAS VAlley

26    STATe prison PO.box 1050 SoLePAD CALif.

27    93960-1050.    A T- E L.

28    B.    Write the full name of each defendant, his or her official position, and his or her

COMPLAINT                    - 2 -

1    place of employment.

2  RICHARD CURTIS MONTEREY SUPERIOR COUNTY

3  COURT 240 church ST. SAlinAS, CAlifoRNIA

4  93901.

5

6 _____III.

7  Statement of Claim

8    State here as briefly as possible the facts of your case. Be sure to describe how each

9  defendant is involved and to include dates, when possible. Do not give any legal arguments or

10  cite any cases or statutes. If you have more than one claim, each claim should be set forth in a

11  separate numbered paragraph.

12  I WENT in FRONT OF Judge AND WAS

13  DENIED All CONSTITUTIONS AND RIGHTS

14  within Constitutions of California

15  ACCORDING TO ELECTIONS, Pover, TERM, 6 YEARS

16  he cAnnoT be ElecTED Judge Anymore

17  1991 —— 2008 conviated by entrapment

18  THE wASTE of TAXES, PAiDMonies

19  Please see ExibiT (A)

20

21

22

23

24

25  IV.    Relief

26    Your complaint cannot go forward unless you request specific relief. State briefly exactly

27  what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

28  to be COMpensATED, seTT Free, $10.000⁰⁰

COMPLAINT                    - 3 -

1  AFTER wrongfully Judged. by impersANATor
2  A Given A prison term, if NOT ENACTED with power
3
4
5
6

7  I declare under penalty of perjury that the foregoing is true and correct.

8
9  Signed this __24__ day of __/An_____, 20 _08_

10
11            Anthony Clewis V.95299
12            (Plaintiff's signature)

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COMPLAINT                    - 4 -

Judges - Elections - Term - Vacancies

TERMS of Judges of SUPERIOR COURT ARE SIX YEARS beginning

The monDAY AFTER JANUARY 1ST. Following Thier election

A VACANCY SHALL be Filled by ELECTION TO A FULL TERM AT NEXT

GENERAL Election AFTER The SECOND JANUARY 1 Following

The VACANCY, but The GOVERNOR SHALL APPoinT A Person

TO Fill The VACANCY TEMPorARily unTiL The ELECTED Judges TERM

begins.

pg 194, ART VI, Sec ● 16
sub (c) (d)(1)(2)(3)

pg. 195. ART. VI Sec. ● 17.

pg 195 ART VI Sec. 18.

Hon. Richard Curtis Presiding in STATE of CaLifornia CounTy of MonTEREY
WAS ACTING AS Judge in 1991 AFTER SENTENCEING MB LEWIS on
POSSESion of MAriJuanA charge fine $200 dollers.
since JudgemenT is found that the Judge is not Able To ACT.
Any MORE the crimes WHICH he convicTED is with out Power
or AFFecT. VOID. AND PetiTioneR sTATes he should be setT-FREE
And not held iLLegaLy FalseLy convicTion. IMPOSED.
This WHAT PetiTioner REQUEST FROM the "Review" of recorD.
TO PloAse TAKE HonesT consiDeration.



$01.82⁰
UNITED STATES POSTAGE

Anthony Lewis V95292
Salinas Valley State Prison
B2-114-UP
P.O. Box 1050
Soledad, California
93960-1050

RECEIVED

JAN 2 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STATE PRISON
GENERATED MAIL

STATE OF California

Clerk of the United States District
Court for the Northern District of
California
450 Golden Gate Avenue Box 36060
San Francisco, California,
                        94102-

LEGAL MAIL ONLY

STATE PRISON
GENERATED MAIL