FILED
JAN 3 0 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ANTHONY CEASER Lewis
        Plaintiff,

vs.

MONTEREY Superior CT. Hon.
RICHARD Curtis
STATE OF CALIFORNIA
        Defendant.

CASE NO. CV 08 0712 WHA (PR)

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, Anthony Ceaser Lewis, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed? Yes ____ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: NONE      Net: Ø

Employer: None

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  none.
5  _____
6  _____

7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9     a.   Business, Profession or                      Yes ___ No X
10         self employment
11    b.   Income from stocks, bonds,                   Yes ___ No X
12         or royalties?
13    c.   Rent payments?                                Yes ___ No X
14    d.   Pensions, annuities, or                       Yes ___ No X
15         life insurance payments?
16    e.   Federal or State welfare payments,            Yes ___ No X
17         Social Security or other govern-
18         ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____

23  3.    Are you married?                               Yes ___ No X
24  Spouse's Full Name: none
25  Spouse's Place of Employment: none
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $ 0                      Net $ 0
28  4.    a.   List amount you contribute to your spouse's support: $ 0

1   b.   List the persons other than your spouse who are dependent upon you for
2        support and indicate how much you contribute toward their support. (NOTE:
3        For minor children, list only their initials and ages. DO NOT INCLUDE
4        THEIR NAMES.).
5   none
6
7   5.   Do you own or are you buying a home?   Yes ___ No X
8   Estimated Market Value: $ Ø   Amount of Mortgage: $ Ø
9   6.   Do you own an automobile?   Yes ___ No X
10  Make Ø   Year Ø   Model Ø
11  Is it financed? Yes ___ No X   If so, Total due: $ Ø
12  Monthly Payment: $ Ø
13  7.   Do you have a bank account? Yes X   No ___ (Do not include account numbers.)
14  Name(s) and address(es) of bank: WASHINGTON MUTAUL INC.
15  1970 N. MAin ST SALINAS CA. 93907.
16  Present balance(s): $ 1.00
17  Do you own any cash? Yes ___ No X   Amount: $ Ø
18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19  market value.) Yes ___ No X
20
21  8.   What are your monthly expenses?
22  Rent: $ 800.00   Utilities: _____
23  Food: $ 200.00   Clothing: _____
24  Charge Accounts:
25  Name of Account       Monthly Payment        Total Owed on This Acct.
26  _____            $ _____           $ _____
27  _____            $ _____           $ _____
28  _____            $ _____           $ _____   9.   Do

1  you have any other debts? (List current obligations, indicating amounts and to whom they are
2  payable. Do not include account numbers.)
3  NONE
4  _____
5  10.    Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ___   No _X_
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____
11       I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13       I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16 Jan./22/2008                          Anthony C. Lewis
17      DATE                           SIGNATURE OF APPLICANT

1
2                                          Case Number: _____
3
4
5
6
7
8                              CERTIFICATE OF FUNDS
9                                        IN
10                              PRISONER'S ACCOUNT
11
12        I certify that attached hereto is a true and correct copy of the prisoner's trust account
13   statement showing transactions of __Ø BAlence_____ for the last six months
14   at SALiNAS VALLEy STATe
15       prison po box 1050           [prisoner name]
         Soledad CA. 93960
16   __Anthony Ceaser lewis__ where (s)he is confined.
17             [name of institution]
18        I further certify that the average deposits each month to this prisoner's account for the
19   most recent 6-month period were $ __Ø_____ and the average balance in the prisoner's
20   account each month for the most recent 6-month period was $__Ø_____.
21
22   Dated: 0/ 2 2/ 2008                    _____
23                                                [Authorized officer of the institution]
24
25
26
27
28

- 5 -

```
PORT ID: TS3030 .701                                    REPORT DATE: 01/11/08
                                                        PAGE NO:           1
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                           SALINAS VALLEY STATE PRISON
                          INMATE TRUST ACCOUNTING SYSTEM
                          INMATE TRUST ACCOUNT STATEMENT

                 FOR THE PERIOD: OCT. 01, 2007 THRU JAN. 11, 2008

COUNT NUMBER : V95299                    BED/CELL NUMBER: FBB2T1000000114U
COUNT NAME   : LEWIS, ANTHONY CESAR      ACCOUNT TYPE: I
IVILEGE GROUP: A
                              TRUST ACCOUNT ACTIVITY
       TRAN
 TE    CODE   DESCRIPTION    COMMENT        CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
 ---   ----   -----------    -------        ---------   --------   -----------   -------

/01/2007     BEGINNING BALANCE                                                      0.00

/06*VD54  INMATE PAYROL 1254 P9/07                        2.46                      2.46
/19 W516  LEGAL COPY CH 1386 ENVEL                                    0.20          2.26
/20 W512  LEGAL POSTAGE 1397 LPOST                                    0.41          1.85
/20 W512  LEGAL POSTAGE 1397 LPOST                                    0.41          1.44
/26 W516  LEGAL COPY CH 1422 LCOPY                                    0.60          0.84
/26 W512  LEGAL POSTAGE 1422 ENVEL                                    0.45          0.39
/27 W512  LEGAL POSTAGE 1432 LPOST                                    0.39          0.00
/13 W512  LEGAL POSTAGE 1575 ENVEL                                    0.95          0.95-
/14 W919  REVERSE LEGAL 1579 1575                                     0.95-         0.00


                              CURRENT HOLDS IN EFFECT

 DATE        HOLD
 PLACED      CODE       DESCRIPTION                  COMMENT         HOLD AMOUNT
 ------      ----       -----------                  -------         -----------

/24/2007     H109    LEGAL POSTAGE HOLD           1654 LPOST              4.60
/24/2007     H109    LEGAL POSTAGE HOLD           1654 LPOST              5.05
/02/2008     H109    LEGAL POSTAGE HOLD           1697 ENVEL              0.80
/02/2008     H118    LEGAL COPIES HOLD            1696 LCOPY             16.60
/02/2008     H118    LEGAL COPIES HOLD            1696 LCOPY             18.70
/02/2008     H118    LEGAL COPIES HOLD            1696 LCOPY              2.90
/03/2008     H109    LEGAL POSTAGE HOLD           1700 LPOST              0.41
/04/2008     H118    LEGAL COPIES HOLD            1734 LCOPY              0.30
/07/2008     H107    POSTAGE HOLD                 1747 POST               1.65
/10/2008     H109    LEGAL POSTAGE HOLD           1792 LPOST              1.99
/10/2008     H109    LEGAL POSTAGE HOLD           1792 LPOST              0.58
/11/2008     H109    LEGAL POSTAGE HOLD           1802 LPOST              2.50
/11/2008     H118    LEGAL COPIES HOLD            1807 LCOPY              4.20
/11/2008     H109    LEGAL POSTAGE HOLD           1803 ENVEL              1.10


                            * RESTITUTION ACCOUNT ACTIVITY

TE SENTENCED: 08/26/05                            CASE NUMBER: SS051130
UNTY CODE: MON                                    FINE AMOUNT: $   1,000.00

 DATE       TRANS.     DESCRIPTION                      TRANS. AMT.    BALANCE
 ----       ------     -----------                      -----------    -------

/01/2007    BEGINNING BALANCE                                           977.20
```

```
PORT ID: TS3030  .701                              REPORT DATE: 01/11/08
                                                   PAGE NO:           2
                       SALINAS VALLEY STATE PRISON
                       INMATE TRUST ACCOUNT STATEMENT

                FOR THE PERIOD: OCT. 01, 2007 THRU JAN. 11, 2008

CT:  V95299      ACCT NAME: LEWIS, ANTHONY CESAR          ACCT TYPE: I


                       * RESTITUTION ACCOUNT ACTIVITY

TE SENTENCED: 08/26/05                       CASE NUMBER: SS051130
UNTY CODE: MON                               FINE AMOUNT: $    1,000.00

  DATE       TRANS.     DESCRIPTION                  TRANS. AMT.    BALANCE
  ------     -------    -----------------------      -----------    --------
 /06/07      VR54       RESTITUTION DEDUCTION-SUPPORT      2.73-      974.47

      * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
      * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                            TRUST ACCOUNT SUMMARY

BEGINNING       TOTAL        TOTAL         CURRENT        HOLDS         TRANSACTIONS
BALANCE         DEPOSITS     WITHDRAWALS   BALANCE        BALANCE       TO BE POSTED
---------       --------     -----------   -------        -------       ------------
   0.00            2.46         2.46          0.00         61.38            0.00


                                                         CURRENT
                                                         AVAILABLE
                                                         BALANCE
                                                         ---------
                                                            61.38-
```

*Anthony Lewis #V95299*
01/24/2008