**United States District Court**
For the Northern District of California

1
2
3
4
5
6 IN THE UNITED STATES DISTRICT COURT
7
8 FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10 ANTHONY CEASER LEWIS,                           No. C 08-0712 WHA (PR)
11          Plaintiff,                             **JUDGMENT**
12   v.
13 RICHARD CURTIS, Judge,
14          Defendant.
15                                            /
16       The court has dismissed this prisoner in forma pauperis complaint. A judgment of
17 dismissal with prejudice is entered in favor of defendants. Plaintiff shall take nothing by way of
18 his complaint.
19       **IT IS SO ORDERED.**
20
21 Dated: February   11  , 2008.
                                                 WILLIAM ALSUP
22                                               UNITED STATES DISTRICT JUDGE
23
24
25
26
27
28 G:\PRO-SE\WHA\CR.08\LEWIS0712.JUD.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY C LEWIS,

        Plaintiff,

  v.

RICHARD CURTIS et al,

        Defendant.

Case Number: CV08-00712 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 12, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Anthony Ceaser Lewis
V-95299/ B2-114 Up
Salinas Valley State Prison
PO Box 1050
Soledad, CA 93960-1050

Dated: February 12, 2008

        Richard W. Wieking, Clerk
        By: D. Toland, Deputy Clerk